[No. 22482-8-II.     Division Two.     April 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLO JAY IVIE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00388-9, Randolph Furman, J., entered October 9, 1997. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[Nos. 23173-5-II; 23443-2-II.     Division Two.     April 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN WILSON, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 97-1-00973-3, John Arthur McCarthy, J., entered April 17 and June 1, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 23956-6-II.     Division Two.     April 21, 2000.]

SALVADOR VILLANUEVA, *Appellant*, v. GARY MOORE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-01083-4, Richard A. Strophy, J., entered October 16, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 43021-1-I.     Division One.     April 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DAVID LEESBURG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-02064-6, Carlos Y. Velategui, J. Pro Tem., entered June 23, 1998. *Dismissed* by unpublished per curiam opinion.